# Court of Appeals
# of the State of Georgia

ATLANTA,　May 30, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0362.　NOBLE PARKING, INC. v. CENTERGY ONE ASSOCIATES, LLC, et al.

Centergy One Associates, LLC, et al., filed a civil action against Noble Parking, Inc., asking the court to enjoin Noble from operating a parking lot on a specific piece of land.  The City of Atlanta joined the case as an intervenor plaintiff, and filed a complaint seeking the same relief.  In its motion to intervene, the City stated that the case was related to a pending administrative appeal from the City's Board of Zoning Adjustment.  After the trial court entered summary judgment in favor of the plaintiffs, Noble filed this application for discretionary review.

The trial court's orders are directly appealable.  See OCGA § 9-11-56 (h) and OCGA § 5-6-34 (a) (4).  Although this appeal is related to an administrative appeal, Noble does not seek review of the superior court's ruling in that appeal.  Accordingly, this appeal does not fall within OCGA § 5-6-35 (a) (1), which provides that parties seeking appellate review of "decisions of the superior courts reviewing decisions . . . state and local administrative agencies" must follow the discretionary appeal procedures.

Ordinarily, we will grant a timely application when the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  In this case, however, it appears that Noble has already filed a notice of appeal from the trial court's order.  Accordingly, this application is superfluous, and it is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/30/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*